UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. SANCHEZ,<br><br>        Petitioner,<br><br>    v.<br><br>CHRISTIAN PFEIFFER,<br><br>        Respondent. | No.  1:23-cv-1767-KES-SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING CLERK OF COURT TO CLOSE CASE, AND DECLINING TO ISSUE A CERTIFICATE OF APPEALABILITY<br><br>(Docs. 16, 20) |

      Petitioner Anthony A. Sanchez is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On May 16, 2024, the assigned magistrate judge issued findings and recommendations that recommended granting respondent's motion to dismiss the petition as untimely.  Doc. 20. The findings and recommendations were served on the parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the findings and recommendations.  *Id.*  To date, no objections have been filed, and the time for doing so has passed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1), the court has conducted a de

1 novo review of the case. Having carefully reviewed the file, the court concludes that the
2 magistrate judge's findings and recommendations are supported by the record and proper
3 analysis.
4    Having found that petitioner is not entitled to habeas relief, the court now turns to whether
5 a certificate of appealability should issue. A petitioner seeking a writ of habeas corpus has no
6 absolute entitlement to appeal a district court's denial of his petition, and an appeal is allowed
7 only in certain circumstances. *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003); 28 U.S.C. §
8 2253. Where, as here, the court denies habeas relief on procedural grounds without reaching the
9 underlying constitutional claims, the court should issue a certificate of appealability "if jurists of
10 reason would find it debatable whether the petition states a valid claim of the denial of a
11 constitutional right and that jurists of reason would find it debatable whether the district court was
12 correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). "Where a plain
13 procedural bar is present and the district court is correct to invoke it to dispose of the case, a
14 reasonable jurist could not conclude either that the district court erred in dismissing the petition or
15 that the petitioner should be allowed to proceed further." *Id.*
16    In the present case, the court finds that reasonable jurists would not find the court's
17 determination that the petition should be dismissed debatable, wrong, or deserving of
18 encouragement to proceed further. Therefore, the court declines to issue a certificate of
19 appealability.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Accordingly:

1. The findings and recommendations issued on May 16, 2024, Doc. 20, are ADOPTED in full;
2. Respondent's motion to dismiss, Doc. 16, is GRANTED;
3. The petition for writ of habeas corpus is DISMISSED as untimely;
4. The Clerk of Court is directed to close the case; and
5. The court declines to issue a certificate of appealability.

IT IS SO ORDERED.

Dated:   August 8, 2024

_____
UNITED STATES DISTRICT JUDGE

3